RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  12/20/06
                BY

**BECKY BURKS**
CHIEF PROBATION OFFICER
515 RUSK AVE.
HOUSTON 77002

P. O. BOX 61207
HOUSTON 77208

Voice: (713) 250-5266
Fax: (713) 250-5092

Reply to: Houston

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## PROBATION OFFICE

December 8, 2006



600 EAST HARRISON STREET
# 103
BROWNSVILLE 78520-7122

1133 N. SHORELINE
SUITE 124
CORPUS CHRISTI 78401

POST OFFICE BOX 3636
ALICE 78333-3636

1300 VICTORIA, SUITE 2111
LAREDO 78040

POST OFFICE BOX 2670
GALVESTON 77553-2670

1701 WEST BUSINESS 83, SUITE 729
McALLEN 78501-5159

253 N. FM 3167
RIO GRANDE CITY 78582-6270

POST OFFICE BOX 125
VICTORIA 77902-0125

Willie Roy Leday, Chief
United States Probation Officer
United States Courthouse
Suite 2400
800 Lafayette Street
Lafayette, LA 70501

        RE:    TAYLOR, Angela
               Dkt. Nos: 2:99CR20064-001 &
               2:99CR20065-001
               <u>Notice of Delinquency</u>

Dear Chief Leday:

Angela Taylor was sentenced by The Honorable Tucker L. Melancon in Case Number 2:99-CR-20064-001, on March 9, 2000, to 60 months imprisonment, followed by a 36 month term of supervised release. The Court ordered a $100 special assessment and restitution in the amount of $4,000, payable at the rate of $125 per month. The conditions of supervised release included mental health treatment.

On March 14, 2000, The Honorable Richard T. Haik in Case Number 2:99-CR-20065-001, sentenced the defendant to 36 months imprisonment, followed by a 3 year term of supervised release. The conditions of release included mental health treatment. The Court also imposed a $100 special assessment and restitution in the amount of $5,725.07, payable at the rate of $175 per month.

On July 31, 2006, the case was received for supervision by the Southern District of Texas, Houston Division, as the defendant was evacuated from Beaumont, Texas during Hurricane Rita. The defendant has been supervised by this office since receiving the case. The defendant participated in mental health counseling briefly, and was discharged on October 24, 2006.

The defendant has failed to pay restitution as ordered by the Court. At this time, the outstanding balance appears to be $3,041.00 in Case Number 2:99-CR-20064-001, and $1,176.28 in Case

DEC 1 3 2006

U.S. [illegible stamp]

Number 2:99-CR-20065-001. The financial investigation indicates this is a hardship case, in part due to the hurricane evacuation. The defendant's rent has been paid by FEMA, which is expected to end in March 2007. The defendant has not worked a steady job and had transportation difficulties. The defendant only recently obtained new employment and may be able to soon resume payments. Also, since the Internal Revenue Service has the defendant listed on the Offset Program, any income tax return filed for the year 2006 will be diverted to payment of the restitution.

Since the defendant's concurrent terms of supervision are due to expire on March 9, 2007, this officer is recommending the cases be allowed to expire with an outstanding balance.

If any additional information is needed, I can be contacted at (713) 250-5437.

Sincerely,

Richard A. Wolford
United States Probation Officer

Reviewed by:

Michael G. Oliveri, Supervising
United States Probation Officer

---

[X] Court agrees with the recommendation

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

Richard T. Haik
Chief United States District Judge

COPY SENT
DATE 12/20/06
BY GB
TO USP