# UNITED STATES DISTRICT COURT
## UNITED STATES PROBATION OFFICE
## WESTERN DISTRICT OF LOUISIANA

WILLIE R. LEDAY
CHIEF PROBATION OFFICER

U.S. PROBATION OFFICE
JOHN M. SHAW U.S. COURTHOUSE
800 LAFAYETTE STREET, SUITE 2400
LAFAYETTE, LA 70501

Please reply to:
LAFAYETTE, LA
(337) 593-5180  FAX: (337) 593-5220

U S. COURTHOUSE, SUITE 2202
300 FANNIN STREET
SHREVEPORT, LA 71101-3082

POST OFFICE BOX 889
ALEXANDRIA, LA 71309-0889

POST OFFICE BOX 3284
MONROE, LA 71210-3284

611 BROAD STREET, ROOM 178
LAKE CHARLES, LA 70601



December 15, 2006

Honorable Richard T. Haik, Sr.
Chief United States District Judge
800 Lafayette Street, Suite 4200
Lafayette, LA 70501

RE: **TAYLOR, Angela M. (a/k/a Angela M. Daigle)**
Docket No. 99-20065-001
**SUPERVISED RELEASE VIOLATION REPORT**

Dear Judge Haik:

On March 14, 2000, the above-named offender appeared before Your Honor and was sentenced to thirty-six (36) months of imprisonment, followed by thirty-six (36) months of supervised release, for Conspiracy and Theft of Mail. The Court ordered restitution in the amount of $5,725.07, at the rate of $175.00 per month.

Supervised release commenced on March 10, 2004, and is set to expire on March 9, 2007. The offender is currently under supervision in the Southern District of Texas, and that office has requested that the Court be notified of her failure to pay restitution as ordered. Additionally, it is recommended that her supervision be allowed to expire with an outstanding balance. Please refer to the attached "Notice of Delinquency" submitted by the Texas probation office. Please indicate whether the Court agrees with the recommendation or desires any other action and return the notice to the Western District of Louisiana probation office.

Respectfully submitted,

Benjamin B. Rushing
United States Probation Officer

Approved by:

Ronald J. Helo    12/15/06
Supervising United States Probation Officer    Date

attachment